UNITED STATES of America,
Plaintiff–Appellee,

v.

Charles Brandon GLOGOWER,
Defendant–Appellant.

No. 09–15730

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 25, 2010.

Gwendolyn L. Spivey, Randolph P. Murrell, Federal Public Defenders, Federal Defender Office, Tallahassee, FL, Darren Johnson, Federal Public Defender, Gainesville, FL, for Defendant–Appellant.

Terry Flynn, U.S. Attorney's Office, N.D. of Florida, E. Bryan Wilson, Tallahassee, FL, Francis Todd Williams, Gainesville, FL, for Plaintiff–Appellee.

Before PRYOR, MARTIN and HILL, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Charles Brandon Glogower, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the district court's order revoking Glogower's supervised release and imposing a 14–month

sentence under 18 U.S.C. § 3583(e)(3) is **AFFIRMED.**